CAMERON M. GULDEN (MN310931)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV 89509
Telephone: (775) 784-5662
Email: cameron.m.gulden@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | |
|---|---|
| In re | Case No. 23-12257-mkn |
| Victor Alejandro Soriano, | Chapter 11 |
| Debtor. | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

  Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

    Timothy Nelson
    160 West Huffaker Lane
    Reno, NV  89511
    Phone: (775) 825-6008
    Email: tnelson@encpas.com

Dated: June 5, 2023        TRACY HOPE DAVIS
               UNITED STATES TRUSTEE


               /s/ Cameron M. Gulden
               Assistant United States Trustee

Notice of Appointment of Subchapter V Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-12257-mkn |
| VICTOR ALEJANDRO SORIANO, | CHAPTER 11 |
| Debtor(s) | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $385.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: June 5, 2023                                    /s/ Timothy W. Nelson
                                                                        TIMOTHY W. NELSON

1