CorTerri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VICTOR ALEJANDRO SORIANO,<br>  *aka* VICTOR ALENJANDRO SORIANO FLORES,<br>  *aka* VICTOR A. SORIANO,<br><br>              Debtor. | Case No. 23-12257-MKN<br>Chapter 11, Subchapter V<br><br>Hearing Date: April 24, 2024<br>Hearing Time: 9:30 a.m.<br>Tel. Conference Line: (669) 254-5252<br>Meeting ID: 161 062 2560<br>Passcode: 029066#<br><br>Est. Time: 10 minutes |

**NOTICE OF HEARING ON THE MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS CASE WITH ONE-YEAR BAR TO <u>REFILING AND RESERVATION OF RIGHTS</u>**

**NOTICE IS HEREBY GIVEN** that a *Motion of the United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss Case With One-Year Bar to Refiling and Reservation of Rights* (the "Motion") was filed on March 20, 2024 by the United States Trustee. The Motion seeks the following relief: dismissal of the case under 11 U.S.C. § 1112(b) with a one-year bar to refiling. Any Opposition, Response, or Reply must be filed pursuant to Local Rule 9014(d).

1

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date of this Motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

---

If you object to the relief requested, you <u>must</u> file a **WRITTEN** response to this pleading with the court.  You <u>must</u> also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court <u>may refuse</u> to allow you to speak at the scheduled hearing and;
- The court <u>may rule against you</u> without formally calling the matter at the hearing.

---

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held telephonically before a United States Bankruptcy Judge, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, Third Floor, Courtroom 2, on April 24, 2024, at 9:30 a.m.  The relevant call-in information can be located on the Court's calendar here: https://www.nvb.uscourts.gov/calendars/court-calendars/.

Date: March 20, 2024                    Respectfully submitted,

                                                      TRACY HOPE DAVIS
                                                     UNITED STATES TRUSTEE

                                                     By: /s/*Justin C. Valencia*
                                                          Justin C. Valencia, Esq.
                                                          Trial Attorney for United States Trustee