TIFFANY & BOSCO, P.A.
Krista J. Nielson, Esq.
Nevada Bar No. 10698
Regina A. Habermas, Esq.
Nevada Bar No. 8481
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

Attorneys for *Secured Creditor* NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>VICTOR ALEJANDRO SORIANO AKA VICTOR ALENJANDRO SORIANO FLORES AKA VICTOR A. SORIANO,<br><br>Debtor. | BK Case No. 23-12257-mkn<br><br>Chapter 11<br><br>**DECLARATION OF NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING IN SUPPORT OF JOINDER TO MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS CASE WITH ONE-YEAR BAR TO REFILING AND RESERVATION OF RIGHTS** |

I, Camille Bickler, hereby declare and state as follows:

1. I am employed by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") and am authorized to sign this declaration on behalf of Shellpoint, which services the mortgage loan referred to herein.

2. I make this declaration in support of the Joinder to Motion of the United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy

1

Procedure 1017(f) and 9014, to Dismiss Case with One-Year Bar to Refiling and Reservation of Rights (the "Joinder") filed by secured creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3 ("Creditor") concurrently herewith.

3.  In the regular performance of my job functions, I am familiar with and have access to the business records maintained by Shellpoint for the purpose of servicing mortgage loans on behalf of various secured creditors. These records, which include data compilations, electronically imaged documents, and other records, are made at or near the time or date by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are kept in the course of business activity conducted regularly by Shellpoint. It is the regular practice of Shellpoint's mortgage servicing business to make and/or maintain these records including the records of prior servicers of the loans now serviced by Shellpoint, including the loan referred to herein. Shellpoint relies upon the accuracy of those records in conducting its business of servicing loans, including the loan referred to herein.

4.  I regularly verify Shellpoint's records, loan histories, correspondence, and communication histories. This entails reviewing, becoming familiar with, and participating in the review of documents related to loan accounts for loans serviced by Shellpoint. From my employment with Shellpoint, I am familiar with its business operations and with the services that Shellpoint offers to its customers.

5.  I have reviewed Shellpoint's records as they relate to the loan referred to herein, and as to the following facts, I know them to be true of own knowledge or I have gained knowledge of them from my review of Shellpoint's business records.

/././

6. Creditor's claim is evidenced by a promissory note executed by Debtor and dated November 20, 2006, in the original principal sum of $430,000.00 (the "Note"). The Note is secured by a deed of trust (the "Deed of Trust") recorded in first position against the real property commonly known as 8660 Giles Street, Las Vegas, NV 89123 (the "Property"). Creditor holds possession of the Note, which is indorsed in blank. The beneficial interest in the Deed of Trust was also subsequently transferred to Creditor.

7. The terms of the mortgage loan were altered in June 2008 pursuant to a Loan Modification Agreement. In August 2009, Debtor executed a second Loan Modification Agreement in which he acknowledged the unpaid principal balance on the loan had increased to $480,801.67 and pursuant to which the interest rate was altered. The Note, Deed of Trust, and two Loan Modification Agreements are collectively referred to hereafter as the "Loan."

8. As evidenced by Creditor's Amended Proof of Claim 8, the total amount due on the Loan as of the filing of this bankruptcy was $752,614.57, including pre-petition arrearages of $405,715.50. The escrow deficiency on the Loan was in the amount of $51,049.67. The Loan was contractually due for the August 1, 2011 payment, due more than twelve years ago, and Creditor had only received one payment from Debtor between November 21, 2019 and June 2, 2023 when the above-captioned action was filed.

9. Shellpoint has not received any payments from Debtor during the pendency of this bankruptcy case.

10. Because Debtor has failed to make payments for taxes and insurance on the Property since filing this action, Shellpoint has had to advance additional sums for the payment of real property taxes and insurance premiums during the pendency of the case.

/././

/././

/././

/././

11. As of the execution of this declaration, the escrow deficiency on the Loan exceeds $56,000.00 and the total amount owed on the Loan exceeds $789,900.00.

I declare under penalty of perjury under the laws of the United States of America that the above and foregoing is true and correct to the best of my knowledge and belief.

EXECUTED this __25th__ day of March, 2024.

_____
*Signature*

Camille Bickler
*Printed Name*

**TIFFANY & BOSCO, P.A.**
Krista J. Nielson, Esq.
Nevada Bar No. 10698
Regina A. Habermas, Esq.
Nevada Bar No. 8481
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

Attorneys for *Secured Creditor* NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-OA3 Mortgage Pass-Through Certificates, Series 2007-OA3

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK Case No.: 23-12257-mkn |
| VICTOR ALEJANDRO SORIANO AKA VICTOR ALENJANDRO SORIANO FLORES AKA VICTOR A. SORIANO, | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| Debtor, | |

## CERTIFICATE OF SERVICE

1. On this 29th day of March, 2024, I served the following documents:

**DECLARATION OF NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING IN SUPPORT OF JOINDER TO MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS CASE WITH ONE-YEAR BAR TO REFILING AND RESERVATION OF RIGHTS**

2. I caused to be served the above-named document by the following means to the persons as listed below:

    X   **a. ECF System**

        Seth D Ballstaedt
        help@bkvegas.com
        Attorney for Debtor

Timothy W Nelson
tnelson@encpas.com
Trustee

U.S. Trustee – LV – 11
USTPRegion17.lv.ecf@usdoj.gov
U.S. Trustee

Justin Charles Valencia
justin.c.valencia@usdoj.gov
Attorney for U.S. Trustee

   X  **b. United States mail, postage fully prepaid:**

Seth D Ballstaedt
8751 W. Charleston Blvd Suite 220
Las Vegas, NV 89117
Attorney for Debtor

Victor Alejandro Soriano aka Victor Alenjandro Soriano Flores
aka Victor A. Soriano
2750 W. Wigwam Ave Apt 2239
Las Vegas, NV  89123
Debtor

**I declare under penalty of perjury the foregoing is true and correct.**

DATED this 29th day of March, 2024.

By:   /s/ Michelle Benson

3