_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 29, 2024

Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 23-12257-MKN |
|---|---|
| | Chapter 11, Subchapter V |
| VICTOR ALEJANDRO SORIANO, | |
| *aka* VICTOR ALENJANDRO SORIANO FLORES, | Hearing Date: April 24, 2024 |
| *aka* VICTOR A. SORIANO, | Hearing Time: 9:30 a.m. |
| | Tel. Conf. Line: (669) 254-5252 |
| | Meeting ID: 161 062 2560 |
| Debtor. | Passcode: 029066# |

**ORDER DISMISSING CHAPTER 11, SUBCHAPTER V CASE**

The Court, having considered the United States Trustee's *Motion of the United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss with One-Year Bar to Refiling and Reservation of Rights* (the "Motion") [ECF No. 136]; having considered all papers and pleadings filed regarding the Motion including

1

the supporting *Declaration of Carla K. Cordero* [ECF No. 137]; having conducted a hearing with respect to the Motion on April 24, 2024, at 9:30 a.m. with Justin C. Valencia, Esq. appearing on behalf of the United States Trustee and with other appearances noted on the record, and the Court having considered their respective arguments; having found that adequate and proper notice and service of the Motion and of such hearing was provided to parties-in-interest; having found the Court has jurisdiction over this core matter; having stated its findings of fact and conclusions of law on the record at the conclusion of such hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014(a) and (c); for the reasons stated on the record; and good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. § 1112(b), the above-captioned Chapter 11, Subchapter V case is hereby **DISMISSED**;

**IT IS FURTHER ORDERED** that the Debtor is barred from refiling bankruptcy under any chapter for a period of one year from the date of the entry of this order, unless the Debtor obtains an order from this Court allowing him to file for good cause shown;

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over issues arising under 11 U.S.C. §§ 329, 330 and Fed. R. Bankr. P. 2014, 2016 and 2017, related to payments made to professionals in this Chapter 11, Subchapter V case; and,

**IT IS FURTHER ORDERED** that any hearings related to the Chapter 11, Subchapter V case are hereby vacated.

**IT IS SO ORDERED**.

///

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE, REGION 17

By: */s/ Justin C. Valencia*
　　Justin C. Valencia, Esq.
　　Trial Attorney for the United States Trustee

###

**LR 9021 CERTIFICATION**

In accordance with LR 9021, the Attorney submitting this document certifies as follows:

\_\_\_\_    The Court waived the requirement set forth in LR 9021(b)(1) as to all parties with except to those set for the below.

\_\_\_\_    No party appeared at the hearing or filed an objection to the motion.

  X     I have delivered a copy of this proposed order to all Attorneys or unrepresented parties who appeared at the hearing or filed and served objections, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Approved/~~Disapproved/Failed to Respond~~

*/s/ Seth D. Ballstaedt*
Seth D. Ballstaedt, Esq.
Attorney for the Debtor

Approved/~~Disapproved/Failed to Respond~~

*/s/ Timothy W. Nelson*
Timothy W. Nelson
Subchapter V Trustee

Approved/~~Disapproved/Failed to Respond~~

*/s/ Regina A. Habermas*
Regina A. Habermas, Esq.
Attorney for Creditor, The Bank of New York Mellon

\_\_\_\_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(f), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2024            */s/ Justin C. Valencia*
                                 Justin C. Valencia, Esq.
                                 Trial Attorney for the United States Trustee

4